IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAV SARBER,<br><br>Debtor.<br><br>THE VANGUARD GROUP, INC.; VANGUARD BROKERAGE SERVICES; and VANGUARD MARKETING CORPORATION,<br><br>Garnishee. | Case No. 2:26-MC-0063-TLN-JDP<br><br>**~~[PROPOSED]~~ ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:11-CR-00514-TLN |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on March 12, 2026, is hereby TERMINATED; and

2. Plaintiff's motion to quash the writ of continuous garnishment, ECF No. 12, is DENIED as moot in light of this order terminating the writ of garnishment.

3. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: July 15, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE